**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ERIC FREELAND, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**FINDLAY's TALL TIMBERS DISTRIBUTION CENTER D/B/A/ OHIO LOGISTICS,**<br><br>**Defendant.** | **No. 22 Civ. 6415 (FPG)**<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Eric Freeland hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of United States District Judge Frank P. Geraci, entered in this action on November 1, 2024, which dismissed Plaintiff's New York Labor Law § 191 claim (ECF No. 59).

Dated:  New York, New York
    December 2, 2024

           By: s/Brian S. Schaffer
             Brian S. Schaffer

             Brian S. Schaffer
             Hunter G Benharris
             FITAPELLI & SCHAFFER LLP
             28 Liberty Street, 30th Floor
             New York, NY 10005
             Telephone: (212) 300-0375
             Facsimile: (212) 481-1333
             *Attorneys for Plaintiff and the*
             *Putative Class*