

Christopher Maugans | Partner
DIRECT 716.710.5825 | cmaugans@goldbergsegalla.com

March 4, 2026

**VIA ECF**
Hon. Frank P. Geraci, Jr.
United States District Judge
100 State Street
Rochester, New York 14614

> **Re:    Freeland v. Findlay's Tall Timbers Distribution Center, LLC**
> **Case No. 6:22-cv-06415-FPG**

Dear Judge Geraci:

My firm represents Defendant Findlay's Tall Timbers Distribution Center, LLC ("FTTDC"). I write jointly with Plaintiff's counsel to provide a joint report as requested by the Court. See ECF 80. The Parties have reached a resolution in principle on the remaining claims in this action and request an extension of time until March 13, 2026 to finalize it.

Very truly yours,

Christopher Maugans

CM:

cc: Hunter G. Benharris, Esq.

---

**OFFICE LOCATION** 70 Linden Oaks, Suite 110, Rochester, NY 14625-2804 | **PHONE** 585-295-5400 | **FAX** 716-566-5401 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
39076289